UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

MICHAEL RODRIGUEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/29/2024__

22 Cr. 354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 24, 2022, Defendant, Michael Rodriguez, waived indictment and was charged by a sealed information with the following six counts:
1. Racketeering conspiracy in violation of 18 U.S.C. § 1962(d);
2. Marijuana distribution conspiracy in violation of 21 U.S.C. §§ 841, 846(b)(1)(D);
3. Possession of a firearm during and in relation to the marijuana distribution conspiracy in violation of 18 U.S.C. § 924(c)(1)(A)(i);
4. Percocet distribution conspiracy in violation of 21 U.S.C. §§ 841, 846(b)(1)(C);
5. Conspiracy to defraud cell phone companies in violation of 18 U.S.C. § 1349; and
6. Conspiracy to defraud elderly victims in violation of 18 U.S.C. § 1349.

The same day, Rodriguez entered a guilty plea as to all six counts before the Honorable Stewart D. Aaron.

On January 29, 2024, Rodriguez again waived indictment and was charged by a sealed superseding information with one count of firearms trafficking in violation of 18 U.S.C. § 922(a)(1)(A). The same day, Rodriguez entered a guilty plea as to the one count before the Honorable Robert W. Lehrburger.

The Court has received the hearing transcripts, as well as copies of Rodriguez's consent forms to proceed before a magistrate judge on a felony plea allocution. Accordingly, the Court accepts Rodriguez's change of plea as to both the information and the superseding information.

The Court shall proceed with sentencing on the six counts in the information and the one count in the superseding information, as previously scheduled, on **June 4, 2024**, at **3:00 p.m.**

SO ORDERED.

Dated: May 29, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge