```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL RODRIGUEZ,

                Defendant.

22 Cr. 354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties shall appear for a violation of supervised release initial conference on **July 22, 2025**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: July 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge