```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/19/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL RODRIGUEZ,

                Defendant.

22 Cr. 354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release initial conference scheduled for September 2, 2025, is ADJOURNED to **September 22, 2025**, at **3:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: August 19, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge