UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL RODRIGUEZ,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/17/2025_

22 Cr. 354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release initial conference scheduled for **September 22, 2025**, at **3:30 p.m.,** will now be held in **Courtroom 15A** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: September 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge