# ZEMAN & WOMBLE,

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

WWW.ZEMANWOMBLELAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/2/2025
```

October 2, 2025

**VIA ECF & E-MAIL**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Michael Rodriguez*
         22 Cr. 354 (AT)

Dear Judge Torres:

    I represent Michael Rodriguez in the above-referenced matter and submit this letter to respectfully request that the upcoming evidentiary hearing currently scheduled for November 3, 2025, be rescheduled to the afternoon of October 27, 2025.

    There was a miscommunication between defense counsel and the Government concerning the prior request to adjourn the evidentiary hearing (Docket 19). Defense counsel is scheduled to begin trial before Judge Vyskocil on November 3, 2025 and am, thus, unavailable for the scheduled hearing in this case. I have conferred with the Court, the Government and Probation and all parties are available to proceed with the evidentiary hearing on the afternoon of October 27, 2025.

    Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Mr. Rodriguez

GRANTED. The parties shall appear for an evidentiary hearing on **October 27, 2025**, at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  October 2, 2025
         New York, New York

ANALISA TORRES
United States District Judge