USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL RODRIGUEZ,

Defendant.

22 Cr. 354 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The VOSR initial conference scheduled for November 30, 2026, at 3:30 p.m. is ADJOURNED to **December 14, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 24, 2026
New York, New York

ANALISA TORRES
United States District Judge